RICH ET AL. *v.* THE GRASSY FORK DITCHING ASSOCIATION.

From the Grant Circuit Court.

*A. Steele* and *R. T. St. John,* for appellants.

*VanDevanter & McDowell* and *D. V. Burns,* for appellee.

DOWNEY, J.—On the authority of *Bannister* v. *The Grassy Fork Ditching Association,* at the present term, *ante,* p. 178, this cause, which involves the same questions as were decided in that case, is reversed, with costs; and the cause is remanded, with instructions to sustain the demurrer to the complaint.